**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr298-MHT |
| | ) | (WO) |
| DIAMOND MATHIS | ) | |

**MENTAL-HEALTH ORDER**

In accordance with the provisions in the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for a mental-health and substance-abuse evaluation of defendant Diamond Mathis by a licensed clinical psychologist, within 28 days of the beginning of supervision, which should be sufficiently comprehensive and in-depth, and done by someone with the sufficient mental-health credentials, to:

    (a) identify and recommend appropriate treatment for any mental illnesses, substance-abuse

disorders, and cognitive and intellectual disabilities;

(b) identify and give an official DSM diagnosis or diagnoses if warranted; and

(c) recommend an appropriate plan for mental-health and/or substance-abuse counseling, including recommendations as to how defendant Mathis can develop skills to cope with life stressors without resorting to the use of drugs.

(2) File a report of the mental-health and substance-abuse evaluation under seal with the court within 42 days of the beginning of supervision.

(3) Arrange for defendant Mathis to receive the treatment recommended by the psychologist-evaluator, including mental-health counseling at least twice per month.

DONE, this the 26th day of February, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**