Case 2:19-cr-00298-MHT-SRW   Document 149   Filed 03/20/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

United States of America )
v. )
DIAMOND MATHIS )
) Case No: 2:19cr298-02-MHT
) USM No: 72598-019
Date of Original Judgment: 02/12/2020 )
Date of Previous Amended Judgment: )  Preston L. Presley
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion for sentence reduction (Doc. 145) is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Even setting aside the potential disqualification for the use of violence in connection with the offense noted in U.S.S.G § 4C1.1(a)(3), the defendant is still not due relief as the sentence received pursuant to a variance is less than the minimum of the amended guideline range of 78 to 97 months. According to U.S.S.G. § 1B1.10(b)(2), the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) to a term that is less than the minimum of the amended guideline range but for SA.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/20/2024                    /s/ Myron H. Thompson
                                          *Judge's signature*

Effective Date: _____           MYRON H. THOMPSON, UNITED STATES DISTRICT COURT
*(if different from order date)*          *Printed name and title*